IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY M. JOHNSON | CIVIL ACTION |
| v. | NO. 19-315 |
| UNITED STATES AUTOMOBILE ASSOCIATION, et al. | |

## **ORDER FOR SANCTIONS**

AND NOW, this 30th day of September, 2019, upon consideration of the request of Plaintiff's counsel (Doc. 28) for reconsideration of our Contempt Order of September 6, 2019, and for the reasons set forth in the accompanying Memorandum, Plaintiff's request is **GRANTED** and the Contempt Order (Doc. 26) is hereby **VACATED. IT IS FURTHER ORDERED** that, for the reasons set forth in our Show Cause Order of August 13, 2019, and upon consideration of the parties' responses and following a hearing on September 5, 2019, we **IMPOSE SANCTIONS** on the law firm of Simon and Simon, counsel for Plaintiff, to reimburse defense counsel for the fees and expenses incurred by counsel and the client in preparation for and attendance at the August 13, 2019 settlement conference.[1]

BY THE COURT:

/s/ David Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court understands that this payment has been made. We thus consider this sanction satisfied.